UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>JEROME ROBERTS,<br>   a/k/a "Righteous,"<br>   a/k/a "Lee,"<br>DAVID ANTONIO,<br>   a/k/a "Papi,"<br>   a/k/a "Pop,"<br>   a/k/a "Victor Arias,"<br>   a/k/a "Santiago Ramirez,"<br>OMAR COUNCIL,<br>   a/k/a "Stacks,"<br>   a/k/a "O,"<br>   a/k/a "Y-O,"<br>   a/k/a "Snow,"<br>BRIAN PHELPS,<br>   a/k/a "B,"<br>   a/k/a "B-Money,"<br>TIMOTHY WIMBUSH,<br>   a/k/a "Young Money,"<br>TAQUAN WILLIAMS,<br>   a/k/a "Trip,"<br>JUBRI WEST,<br>DENNIS CHESTON, JR.,<br>   a/k/a "Beans," and<br>WAYNE K. BUSH | Criminal No. 19-134-06 (FLW)<br><br>CONTINUANCE ORDER |

This matter having come before the Court on the joint application of Craig Carpenito, United States Attorney for the District of New Jersey (by J. Brendan Day and Alexander Ramey, Assistant U.S. Attorney), and defendant Timothy Wimbush (by Megan J. Davies, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter through

February 20, 2020; and two continuances having previously been granted by the Court; and the defendant being aware that he has the right to a trial within seventy (70) days of the indictment filed in this case, pursuant to Title 18, United States Code, Section 3161(c)(1), and the defendant having waived such right and consented to the continuance, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) The parties would like additional time to continue discussing a plea agreement, which would render a trial as to this defendant unnecessary;

(2) The defendant and his counsel require time to review discovery, which will be extensive in this case, and prepare and file appropriate motions, and otherwise prepare for trial; and

(3) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 21 day of November, 2019,

ORDERED that this action be, and it hereby is, continued through February 20, 2020; and it is further

ORDERED that the period from the date this Order is signed through February 20, 2020 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HON. FREDA L. WOLFSON
United States District Judge

Form and entry consented to:

_____
Megan J. Davies, Esq.
Counsel for Defendant

_____
Timothy Wimbush
Defendant

_____
J. Brendan Day
Alexander Ramey
Assistant U.S. Attorneys