## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Georgette Castner, U.S.D.J. |
| v. | : | Crim. No. 19-134-6 (GC) |
| TIMOTHY WIMBUSH | : | **ORDER** |

The United States having sought permission to disclose the sentencing materials submitted by the Government on June 20, 2023; July 11, 2023; and July 13, 2023; and defendant Timothy Wimbush, through counsel, Roberto J. Espinosa, Esq., consenting to the disclosure of the materials in redacted form; and pursuant to the Court's June 22, 2017 Protocol for Disclosure of Sentencing Materials; and for good cause shown,

IT IS, this 18th day of July, 2023,

ORDERED that the United States may electronically file and otherwise disclose appropriately redacted copies of the Government's sentencing submissions dated June 20, 2023; July 11, 2023; and July 13, 2023.

_____
HONORABLE GEORGETTE CASTNER
UNITED STATES DISTRICT JUDGE